UNITED STATES DISTRICT C0URT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

| | |
|---|---|
| In the Matter of the Complaint of | ORDER OF DISMISSAL |
| Victor Diaz Canseco | 2005CV 2271 (TCP) |
| | 2005CV 3588 (TCP) |

-----------------------------------------------------------X

     IT IS HEREBY ORDERED, having been advised by defense counsel on March 6, 2007 that the above case has settled, the case is dismissed. The parties are to file a stipulation of discontinuance as soon as possible.

     If settlement is not effected the Court will reopen the matter upon receipt of a written request.

     The Clerk of the Court is directed to mark this case closed.

                                                                    /s/
                                                       Thomas C. Platt
                                                      U.S. District Judge

Dated: Central Islip, NY
        April 10, 2007